**IT IS ORDERED as set forth below:**



**Date: December 8, 2014**

_____

Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER:  14-68146-PWB |
| CHARLES ALLEN GRAY, | CHAPTER 13 |
| Debtor(s)/Movant(s), | |
| v. | JUDGE BONAPFEL |
| SPRINGLEAF FUNDING TRUST 2013-A SPRINGLEAF FINANCIAL SERVICES, INC. AKA SPRINGLEAF FINANCIAL, | CONTESTED MATTER |
| Respondent. | |

# O R D E R

Before the Court is the Motion to Avoid Lien (the "Motion") of the above-named Debtor(s), as provided by 11 U.S.C. § 522(f) and Bankruptcy Rule 4003(d). (Docket No. 20).  This Respondent has not filed a response; thus, the Motion is deemed to be unopposed.  *See* BLR 6008-2, N.D. Ga.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the lien held by the Respondent upon exempt property of the above-named Movant(s) is **AVOIDED** to the extent that

such lien impairs an exemption to which Movant(s) would have been entitled pursuant to 11 U.S.C. § 522(b).

The Clerk of Court is directed to serve a copy of this Order on the parties on the below distribution list.

END OF DOCUMENT

DISTRIBUTION LIST

Charles Allen Gray
711 Twin Oaks Drive
Apt 1
Decatur, GA 30030

Carson R. Walden
Walden, Goodhart, Harden & New
Suite 757
315 W. Ponce de Leon Avenue
Decatur, GA 30033

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

Springleaf Funding Trust 2013-A
Springleaf Financial Services, Inc.
Attn: Sarah X. Moore
PO Box 3251
Evansville, IN 47731-3251

Springleaf Financial Services, Inc.
Attn: George D. Poach
601 NW Second St
Evansville, IN 47706

Springleaf Financial Services, Inc.
Registered Agent
CT Corporation System
1201 Peachtree Street, NE
Atlanta, GA 30361